# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JOSEPH H. PYKE, Individually and as personal representative of the Estate of MATTHEW PYKE; et al.**

                V.                CASE NUMBER: 5:92-CV-554(NPM/DRH)

**MARIO CUOMO; et al.**

| | |
|---|---|
| **[ ]** | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **[XX]** | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFFS pursuant to the Memorandum-Decision and Order of the Hon. Neal P. McCurn filed on December 21, 2006.


DATED:     December 21, 2006

                                                                Clerk of Court

LKB:lmp